Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−11377−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brice Edwards
  dba Edwards & Son Law Service
  540 Smithville Road
  Southampton, NJ 08088

Social Security No.:
  xxx−xx−8107

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: April 18, 2024
JAN: dmi

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 24-11377-CMG
Brice Edwards                                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                          User: admin                                                                    Page 1 of 2
Date Rcvd: Apr 19, 2024                              Form ID: 148                                                              Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brice Edwards, 540 Smithville Road, Southampton, NJ 08088-8866 |
| cr | + | Valley National Bank, c/o Donna L. Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 520216045 | + | Donna Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 520162321 | + | LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520162324 | + | NJ Family Support Payment Center, P.O. Box 4880, Trenton, NJ 08650-4880 |
| 520162325 | + | Stacey Edwards, 3094 Harbor Drive, Palmyra, NJ 08065-2216 |
| 520162327 | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520162319 | + | EDI: CAPITALONE.COM | Apr 20 2024 00:36:00 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 520192256 | + | EDI: AIS.COM | Apr 20 2024 00:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520162320 | | EDI: JPMORGANCHASE | Apr 20 2024 00:30:00 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 520197725 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 19 2024 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520162322 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Mr. Cooper*, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520162323 | | Email/Text: ServicingAdmin@navitascredit.com | Apr 19 2024 20:53:00 | Navitas Credit Corp., 201 Executive Ctr DRive, Suite 100, Columbia, SC 29210 |
| 520223652 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 19 2024 20:54:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520171664 | | EDI: Q3G.COM | Apr 20 2024 00:36:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520190727 | | Email/Text: bkdepartment@rtresolutions.com | Apr 19 2024 20:56:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 520192799 | + | Email/Text: RASEBN@raslg.com | Apr 19 2024 20:54:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520162326 | + | EDI: USAA.COM | | |

Case 24-11377-CMG    Doc 24    Filed 04/21/24    Entered 04/22/24 00:17:01    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 148 | Total Noticed: 21 |

| | | | Apr 20 2024 00:30:00 | USAA Federal Savings Bank*, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
|---|---|---|---|---|
| 520229750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 20:54:00 | Wilmington Trust, National Association, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor USAA Federal Savings Bank ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donna L. Thompson | on behalf of Creditor Valley National Bank donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Steven J. Abelson | on behalf of Debtor Brice Edwards sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7