Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−11377−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brice Edwards
   dba Edwards & Son Law Service
   540 Smithville Road
   Southampton, NJ 08088

Social Security No.:
   xxx−xx−8107

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             7/17/24
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 16, 2024
JAN: mjb

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11377-CMG

Brice Edwards  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jul 16, 2024  Form ID: 132  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brice Edwards, 540 Smithville Road, Southampton, NJ 08088-8866 |
| cr | + | Valley National Bank, c/o Donna L. Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 520216045 | + | Donna Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 520162324 | + | NJ Family Support Payment Center, P.O. Box 4880, Trenton, NJ 08650-4880 |
| 520162325 | + | Stacey Edwards, 3094 Harbor Drive, Palmyra, NJ 08065-2216 |
| 520162327 | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520162319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2024 20:49:50 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 520192256 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2024 21:01:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520162320 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2024 21:01:26 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 520197725 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2024 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520162321 | ^ | MEBN | Jul 16 2024 20:41:34 | LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520162322 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 20:37:00 | Mr. Cooper*, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520162323 | | Email/Text: ServicingAdmin@navitascredit.com | Jul 16 2024 20:37:00 | Navitas Credit Corp., 201 Executive Ctr DRive, Suite 100, Columbia, SC 29210 |
| 520223652 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 16 2024 20:37:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520171664 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2024 20:38:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520190727 | | Email/Text: bkdepartment@rtresolutions.com | Jul 16 2024 20:38:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 520192799 | + | Email/Text: RASEBN@raslg.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 16 2024 20:37:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520162326 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 16 2024 20:37:00 | USAA Federal Savings Bank*, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 520229750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 16 2024 20:37:00 | Wilmington Trust, National Association, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor USAA Federal Savings Bank ajennings@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donna L. Thompson | on behalf of Creditor Valley National Bank donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com |
| Steven J. Abelson | on behalf of Debtor Brice Edwards sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor Real Time Resolutions Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7