**ABELSON LAW OFFICES**
By: Steven J. Abelson, Esq.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br>   BRICE EDWARDS <br><br><br>   Debtor. | Case No.    24-11377 (CMG) <br><br> Chapter  7 <br><br> **CERTIFICATION OF DEBTOR <br>  IN RESPONSE TO TRUSTEE <br> OBJECTION TO ERMA APPLICATION** <br><br> Hearing Date: **Sept. 4, 2024@ 9:00 A.M.** |

    Brice Edwards, hereby certifies as follows:

    1) I am the debtor in this matter.

    2) This certification is made in response to the Trustee's limited objection to my application to approve the NJ ERMA grant.

    3)  The grant is for $ 59,610.98.  This will pay all pre-petition arrears (set forth in the Proof of Claim as $45,640.03) and all post petition arrears as well.  The account will be current through August 2024 and I am resuming regular payments in September, 2024.

I hereby certify that the foregoing statements are true.  If any of the foregoing statements are wilfully false, I realize that I am subject to punishment.

/s/   Brice Edwards
BRICE EDWARDS

August 23, 2024