

Steven J. Abelson, Esq.

80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728

Phone: (877) 552-5529
(732) 462-4773
Fax: (732) 462-6673

www.atrbklaw.com
Email: sjaesq@atrbklaw.com

August 27, 2024

Clerk, US Bankruptcy Court
402 E. State Street
Trenton, NJ  08602

RE:  In re Brice Edwards
Case # 24-11377 (CMG)

Dear Sir/Madam:

Kindly withdraw the original Motion to Modify POC  (Docket # 37)  filed on 7/27/24) as it has been resolved.

Very truly yours,

/s/ Steven J. Abelson

Steven J. Abelson, Esq.

SJA/aoc



East Rutherford | Woodbridge | Freehold | Forked River | Mt. Laurel
www.atrbklaw.com