UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**ABELSON LAW OFFICES**
BY: Steven J. Abelson, Esq..
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:
BRICE EDWARDS

Order Filed on September 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-11377
Adv. No.:

Hearing Date: 8/7/24

Judge: Hon. CHRISTINE M. GRAVELLE

### ORDER EXPUNGING CLAIM #7-1 BY VALLEY NATIONAL BANK AND MODIFYING CLAIM #2-1 BY VALLEY NATIONAL BANK

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 6, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER EXPUNGING CLAIM #7-1 BY VALLEY NATIONAL BANK
AND MODIFYING CLAIM #2-1 BY VALLEY NATIONAL BANK

**CASE NUMBER:** 24-11377

**DATE OF HEARING:** 8/7/24

**JUDGE:** HON. CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Secured Proof of Claim of Valley National Bank (Claim # 7-1) is hereby expunged.

2) The Secured Proof of Claim of Valley National Bank (Claim # 2-1) is hereby modified to a total claim of $ 55,165.14