UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**ABELSON LAW OFFICES**
BY: Steven J. Abelson, Esq..
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on September 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
BRICE EDWARDS

Case No.: 24-11377
Adv. No.:

Hearing Date: 8/7/24

Judge: Hon. CHRISTINE M. GRAVELLE

## ORDER EXPUNGING CLAIM #7-1 BY VALLEY NATIONAL BANK AND MODIFYING CLAIM #2-1 BY VALLEY NATIONAL BANK

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 6, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER EXPUNGING CLAIM #7-1 BY VALLEY NATIONAL BANK
AND MODIFYING CLAIM #2-1 BY VALLEY NATIONAL BANK

**CASE NUMBER**: 24-11377

**DATE OF HEARING**: 8/7/24

**JUDGE**: HON. CHRISTINE M. GRAVELLE

---

THIS MATTER being opened to the Court upon the application of the debtor by his counsel, Steven J. Abelson, Esq., with notice having been provided to the Creditor and its counsel, and the Court having reviewed the application of the Debtor and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Secured Proof of Claim of Valley National Bank (Claim # 7-1) is hereby expunged.

2) The Secured Proof of Claim of Valley National Bank (Claim # 2-1) is hereby modified to a total claim of $ 55,165.14

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11377-CMG |
| Brice Edwards | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brice Edwards, 540 Smithville Road, Southampton, NJ 08088-8866 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor USAA Federal Savings Bank ajennings@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donna L. Thompson | on behalf of Creditor Valley National Bank donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- ewassall@logs.com, |

njbankruptcynotifications@logs.com;logsecf@logs.com

Steven J. Abelson
   on behalf of Debtor Brice Edwards sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

Steven P. Kelly
   on behalf of Creditor Real Time Resolutions Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8