| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br> Kimberly A. Wilson, Esquire <br> NJ BAR ID 031441997 <br> **USAA Federal Savings Bank** | Case No.:     24-11377-CMG <br><br> Chapter:     13 <br><br> Hearing Date:   10/16/2024 |
| **In Re:** <br><br> **Brice Edwards,** <br>    **Debtor.** | Judge:     Christine M. Gravelle |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled                    ☒ Withdrawn

Matter: <u>Objection to Confirmation of Debtor's Chapter 13 Plan filed on April 1, 2024 as Docket Entry #16.</u>

Date: <u>October 8, 2024</u>          <u>  /s/ Kimberly A. Wilson  </u>
                                           Signature

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>Kimberly A. Wilson, Esquire<br>NJ BAR ID 031441997 | CASE NO.: 24-11377-CMG<br><br>CHAPTER 13<br><br><br>**Notice of Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Brice Edwards,**<br>         **Debtor.** | |

1. I, Devin Atchison , ■ am the secretary/paralegal for <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>,  you represents the USAA Federal Savings Bank in the above-captioned matter.

2. On October 8, 2024, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S  CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/8/2024

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Paralegal for Secured Creditor
                                              130 Clinton Road, Suite 202, Lobby B
                                              Fairfield, NJ 07004
                                              Telephone: 973-575-0707
                                              Fax:         973-404-8886

By: /s/: Devin Atchison
Email: datchison@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven J. Abelson<br>Abelson Law Offices<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Brice Edwards<br>540 Smithville Road<br>Southampton, NJ 08088 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |