Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−11377−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brice Edwards
   dba Edwards & Son Law Service
   540 Smithville Road
   Southampton, NJ 08088

Social Security No.:
   xxx−xx−8107

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 11, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brice Edwards  
    Debtor

Case No. 24-11377-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 11, 2024      Form ID: 148      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brice Edwards, 540 Smithville Road, Southampton, NJ 08088-8866 |
| cr | + | Stacey Edwards, 3094 Harbour Dr, Palmyra, NJ 08065-2216 |
| cr | + | Valley National Bank, c/o Donna L. Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 520216045 | + | Donna Thompson, Esq., PO Box 679, Allenwood, NJ 08720-0679 |
| 520162324 | + | NJ Family Support Payment Center, P.O. Box 4880, Trenton, NJ 08650-4880 |
| 520162325 | + | Stacey Edwards, 3094 Harbor Drive, Palmyra, NJ 08065-2216 |
| 520162327 | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520162319 | + | EDI: CAPITALONE.COM | Dec 12 2024 01:22:00 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 520192256 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520162320 | | EDI: JPMORGANCHASE | Dec 12 2024 01:22:00 | JPMCB Card Services*, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 520197725 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 11 2024 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520162321 | ^ | MEBN | Dec 11 2024 20:33:04 | LOGS Legal Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520162322 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2024 20:37:00 | Mr. Cooper*, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520423546 | | Email/Text: ServicingAdmin@navitascredit.com | Dec 11 2024 20:36:00 | Navitas Credit Corp., 201 Executive Center Drive, Suite 100, Columbia, SC 29210 |
| 520162323 | | Email/Text: ServicingAdmin@navitascredit.com | Dec 11 2024 20:36:00 | Navitas Credit Corp., 201 Executive Ctr DRive, Suite 100, Columbia, SC 29210 |
| 520223652 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 11 2024 20:36:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520171664 | | EDI: Q3G.COM | Dec 12 2024 01:22:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |

Case 24-11377-MEH    Doc 66    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 148 | Total Noticed: 23 |

| 520190727 | | Email/Text: bkdepartment@rtresolutions.com | | |
|---|---|---|---|---|
| | | | Dec 11 2024 20:38:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 520192799 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Dec 11 2024 20:37:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520162326 | + | EDI: USAA.COM | | |
| | | | Dec 12 2024 01:22:00 | USAA Federal Savings Bank*, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 520229750 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Dec 11 2024 20:37:00 | Wilmington Trust, National Association, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor USAA Federal Savings Bank ajennings@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donna L. Thompson | on behalf of Creditor Valley National Bank donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006- ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey S. Walters | on behalf of Plaintiff Stacey Edwards jeffrey_walters@comcast.net |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 11, 2024 | Form ID: 148 | Total Noticed: 23 |

Jeffrey S. Walters
    on behalf of Creditor Stacey Edwards jeffrey_walters@comcast.net

Kimberly A. Wilson
    on behalf of Creditor USAA Federal Savings Bank kimwilson@raslg.com

Steven J. Abelson
    on behalf of Plaintiff Brice Edwards sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson
    on behalf of Debtor Brice Edwards sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson
    on behalf of Defendant Brice Edwards sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com

Steven P. Kelly
    on behalf of Creditor Real Time Resolutions Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13